848

No. 83–51. BONDED ELEVATOR, INC., ET AL. *v.* FIRST AMERICAN NATIONAL BANK OF NASHVILLE. C. A. 6th Cir. Certiorari denied.

No. 83–52. TAYLOR ET UX. *v.* LAWSON MILK CO. ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 83–53. CHESAPEAKE & OHIO RAILWAY CO. *v.* SCHAAF. Ct. App. Mich. Certiorari denied.

No. 83–57. DAVIS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 83–58. PHILADELPHIA LIFT TRUCK CORP. *v.* TAYLOR MACHINE WORKS, INC. C. A. 3d Cir. Certiorari denied.

No. 83–60. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–62. JENKINS *v.* JENKINS. C. A. 10th Cir. Certiorari denied.

No. 83–68. WHITE *v.* WHITE. C. A. 9th Cir. Certiorari denied.

No. 83–69. UPJOHN CO. *v.* MAULDIN. C. A. 5th Cir. Certiorari denied.

No. 83–72. BRUNTY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–74. TABONE *v.* POSNER ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–76. CHILDREN *v.* BURTON ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 83–77. ATLANTIC PURCHASERS, INC., ET AL. *v.* AIRCRAFT SALES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–80. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.